

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

__Shirley Reed__ )
_____ )
_____ )
_____ ) CIVIL ACTION
(Name of the plaintiff or plaintiffs) )
)
v. )
__Corvel Corporation__ )
_____ )
_____ )
_____ )
(Name of the defendant or defendants) )

**RECEIVED**
NOV 1 2 2015
11-12-15
THOMAS G BRUTON
CLERK, U S DISTRICT COURT

1:15-cv-10251
Judge Marvin E. Aspen
Magistrate Judge Michael T. Mason

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is __Shirley Reed__ of the county of __Will__ in the state of __Illinois__

3. The defendant is __Corvel__, whose street address is __3010 Highland Parkway__,
(city) __Downers Grove__ (county)_____ (state) __IL__ (ZIP) __60440__
(Defendant's telephone number) (__630__) __874 7300__

4. The plaintiff sought employment or was employed by the defendant at (street address)
__3010 Highland Parkway__ (city)_____
(county)_____ (state) __IL__ (ZIP code) __60440__

5. The plaintiff [*check one box*]

    (a) ☐ was denied employment by the defendant.

    (b) ☑ was hired and is still employed by the defendant.

    (c) ☐ was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about,
   (month) __2__, (day) __26__, (year) __2015__.

7.1 *(Choose paragraph 7.1 or 7.2, do not complete both.)*

    (a) The defendant is not a federal governmental agency, and the plaintiff [*check one box*] ☑ has not ☐ has filed a charge or charges against the defendant asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

    (i) ☑ the United States Equal Employment Opportunity Commission, on or about
    (month) __7__ (day) __15__ (year) __2015__.

    (ii) ☐ the Illinois Department of Human Rights, on or about
    (month) _____ (day) _____ (year) _____.

    (b) If charges *were* filed with an agency indicated above, a copy of the charge is attached. ☑ YES. ☐ NO, **but plaintiff will file a copy of the charge within 14 days**.

It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

7.2 The defendant is a federal governmental agency, and
    (a) the plaintiff previously filed a Complaint of Employment Discrimination with the defendant asserting the acts of discrimination indicated in this court complaint.

2

☐ Yes (month)_____ (day)_____ (year)_____

☒ No, did not file Complaint of Employment Discrimination

(b) The plaintiff received a Final Agency Decision on (month) __8__ (day) __20__ (year) __2015__.

(c) Attached is a copy of the

  (i) Complaint of Employment Discrimination,

  ☒ YES  ☐ NO, but a copy will be filed within 14 days.

  (ii) Final Agency Decision

  ☐ YES  ☐ NO, but a copy will be filed within 14 days.

8. *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

  (a) ☐ the United States Equal Employment Opportunity Commission has not issued a *Notice of Right to Sue.*

  (b) ☒ the United States Equal Employment Opportunity Commission has issued a *Notice of Right to Sue*, which was received by the plaintiff on (month) __8__ (day) __20__ (year) __2015__ a copy of which *Notice* is attached to this complaint.

9. The defendant discriminated against the plaintiff because of the plaintiff's [*check only those that apply*]:

  (a) ☐ Age (Age Discrimination Employment Act).

  (b) ☐ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(c) [✓] Disability (Americans with Disabilities Act or Rehabilitation Act)

(d) [ ] National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(e) [ ] Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(f) [ ] Religion (Title VII of the Civil Rights Act of 1964)

(g) [ ] Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12. The defendant [*check only those that apply*]

(a) [ ] failed to hire the plaintiff.

(b) [ ] terminated the plaintiff's employment.

(c) [ ] failed to promote the plaintiff.

(d) [ ] failed to reasonably accommodate the plaintiff's religion.

(e) [✓] failed to reasonably accommodate the plaintiff's disabilities.

(f) [ ] failed to stop harassment;

(g) [ ] retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

(h) [ ] other (specify):_____

_____

13. The facts supporting the plaintiff's claim of discrimination are as follows:

Paperwork attached with email Persons involved/help in same time frame and employer being non responsive with management and Human Resources being involved. Show non payment and denial of FMLA

14. **[AGE DISCRIMINATION ONLY]** Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury. ☐ YES ☐ NO

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [check only those that apply]

(a) ☐ Direct the defendant to hire the plaintiff.

(b) ☐ Direct the defendant to re-employ the plaintiff.

(c) ☐ Direct the defendant to promote the plaintiff.

(d) ☐ Direct the defendant to reasonably accommodate the plaintiff's religion.

(e) ☐ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

(f) ☒ Direct the defendant to (specify): Pay Back Loss wage reinstate Vacation and sick time with interest of wages

5

_____

_____

_____

_____

(g) [✓] If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) [✓] Grant such other relief as the Court may find appropriate.

(Plaintiff's signature)

*Shirley Reed* (signature)

(Plaintiff's name)

Shirley Reed

(Plaintiff's street address)

440 Seminole Ln    PO Box 1245

_____

(City) Bolingbrook   (State) IL   (ZIP) 60440

(Plaintiff's telephone number) (630) 201 1669

Date: 11/10/15

6